Daniel L. Rottinghaus, Esq., State Bar No. 131949
Paul W. Windust, State Bar No. 167338
**BERDING & WEIL LLP**
3240 Stone Valley Road West
Alamo, California 94507
Telephone: 925/838-2090
Facsimile: 925/820-5592

Attorneys for Plaintiff
ROBERT L. YOUNG

ORIGINAL FILED
07 NOV 30 PM 3:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. YOUNG,<br><br>  Plaintiff,<br><br>  vs.<br><br>ILLINOIS UNION INSURANCE COMPANY; ACE WESTCHESTER SPECIALTY CLAIMS; and DOES 1 through 50, inclusive,<br><br>  Defendants. | No. C 07-05711 MEJ<br><br>**DEMAND FOR JURY TRIAL**<br><br>BY FAX |

Plaintiff Robert L. Young hereby demands trial by jury in this action.

Date: November 30, 2007        BERDING & WEIL LLP

                              By: /s/ Paul Windust
                              Paul W. Windust
                              Attorneys For Plaintiff
                              ROBERT L. YOUNG

O:\WDOCS\00011392\PLD\00462020.DOC

# PROOF OF SERVICE

**Case Name:** *Young v. Illinois Union Insurance Co.*
**Case No:** Alameda County Superior Court Case No. RG07349163

I am employed in the County of Contra Costa, State of California. My business address is 3240 Stone Valley Road West, Alamo, California 94507. I am over the age of eighteen years, and not a party to the within action

On November 30, 2007, I served the within:

## DEMAND FOR JURY TRIAL

on the party(ies) listed below, addressed as follows:

## (SEE ATTACHED SERVICE LIST)

☐ **By Facsimile Transmission [C.C.P. § 1013; CRC 10081].** By causing a true copy thereof to be served by transmission from facsimile number (925) 820-5592 between the hours of 9:00 a.m. and 5:00 p.m., on the party(ies) at the facsimile telephone number(s) last provided by the party(ies) as stated on the attached service list. The transmission was reported as complete and without error, with a transmission report properly issued by the transmitting facsimile machine.

☒ **By First Class Mail/Ordinary Business Practices [C.C.P. §§ 1013, 1013a].** By causing a true copy thereof to be enclosed in a sealed envelope or package, addressed to the party[ies] as stated on the attached service list. I am readily familiar with the firm's business practice for collection and processing of envelopes and packages for mailing with the United States Postal Service. Under the firm's practice, mail is deposited in the ordinary course of business with the United States Postal Service at Alamo, California, that same day, with postage thereon fully prepaid. I am aware that upon motion of the party served, service is presumed invalid if postal cancellation date or postage meter date on the envelope or package is more than one day after the date of deposit for mailing.

☐ **By First Class Registered or Certified Mail/Return Receipt Requested/Ordinary Business Practices [C.C.P. §§ 1013, 1013a, 1020].** By causing a true copy thereof to be enclosed in a sealed envelope or package, registration or certification and return receipt requested, addressed to the party[ies] as stated on the attached service list. I am readily familiar with the firm's business practice for collection and processing of envelopes and packages for mailing with the United States Postal Service. Under the firm's practice, registered and certified first class mail with return receipt requested is deposited in the ordinary course of business with the United States Postal Service at Alamo, California, that same day, with all postage and fees thereon fully prepaid. I am aware that upon motion of the party served, service is presumed invalid if postal cancellation date or postage meter date on the envelope or package is more than one day after the date of deposit for mailing.

☐ **By Express Mail [C.C.P. §§ 1013, 1013a].** By causing a true copy thereof to be enclosed in a sealed envelope or package, with Express Mail postage paid, addressed to the party[ies] as stated on the attached service list. I am readily familiar with the firm's business practice for collection and processing of Express Mail to be deposited in a post office, mailbox, sub-post office, substation, or mail chute, or other like facility maintained by the United States Postal Service for receipt of Express Mail. Under the

firm's practice, Express Mail is deposited in the ordinary course of business with the United States Postal Service at Alamo, California, that same day. I am aware that upon motion of the party served, service is presumed invalid if postal cancellation date or postage meter date on the envelope or package is more than one day after the date of deposit for mailing.

☐ **By Overnight Delivery [C.C.P. § 1013, 1013a].** By causing a true copy thereof to be enclosed in a sealed envelope or package designated by the express service carrier, with all delivery fees paid or provided for, addressed to the party[ies] as stated on the attached service list. I am readily familiar with the firm's business practice for collection and processing of overnight deliveries for deposit in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents. Under the firm's practice, overnight deliveries are deposited in the ordinary course of business with the express service carrier at Alamo, California, that same day.

☐ **By Personal Service [C.C.P. § 1011].** By causing a true copy thereof to be placed in a sealed envelope or package addressed to the party[ies] as stated on the attached mailing list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 30, 2007, at Alamo, California.

By: *Barbara Curzi*
Barbara Curzi

## SERVICE LIST

**Case Name:** *Young v. Illinois Union Insurance Co.*
**Case No:** Alameda County Superior Court Case No. RG07349163

Herbert P. Kunowski, Esq.
Darren Le Montree, Esq.
WILSON, ELSER, MOSKOWITZ, et al.
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Tel: (213) 443-5100
Fax: (213) 443-5101

Attorneys for Defendant,
ILLINOIS UNION INSURANCE
COMPANY dba ACE WESTCHESTER
SPECIALTY CLAIMS