UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT L. YOUNG,

           Plaintiff(s),

v.

ILLINOIS UNION INSURANCE COMPANY,

           Defendant(s).
_____/

Case No. C07-05711 MEJ

ADR CERTIFICATION BY PARTIES AND COUNSEL

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

       **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1-24-08

[Party] Robert L. Young, Plaintiff

Dated: 1/24/08

[Counsel] Paul W. Windust

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05