**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102
_____

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                        415.522.2000

**February 12, 2008**

CASE NUMBER:  CV 07-05711 MEJ
CASE TITLE:  ROBERT L. YOUNG-v-ILLINOIS UNION INSURANCE COMPANY

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Saundra B. Armstrong** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/12/08

FOR THE EXECUTIVE COMMITTEE:

_____
  *Richard W. Wieking*
                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                     Entered in Computer 2/12/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                              Transferor CSA