Daniel L. Rottinghaus, Esq., State Bar No. 131949
Paul W. Windust, State Bar No. 167338
**BERDING & WEIL LLP**
3240 Stone Valley Road West
Alamo, California 94507
Telephone:  925/838-2090
Facsimile:   925/820-5592

Attorneys for Plaintiff
ROBERT L. YOUNG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. YOUNG,<br><br>        Plaintiff,<br><br>    vs.<br><br>ILLINOIS UNION INSURANCE COMPANY; ACE WESTCHESTER SPECIALTY CLAIMS; and DOES 1 through 50, inclusive,<br><br>        Defendants. | No.  **C 07-05711 SBA**<br><br>**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT; CERTIFICATION OF PRE-FILING MEET AND CONFER**<br><br>DATE: 8/26/08<br>TIME: 1:00 p.m.<br>CTRM: 3<br><br>**[FRCP 56(a) and (b)]** |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on August 26, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at the United States Northern District Court, Oakland Division, 1301 Clay Street, Oakland, California, Department 3, Plaintiff Robert L. Young ("Young") will and hereby does move the Court under FRCP 56 for an order granting partial summary judgment of the issue that defendants owed their insured, Young, a duty to defend him against Cross-Complaints filed in a lawsuit titled *TRI Commercial Real Estate Services, Inc., et al. v. Raybern Foods, Inc., et al.,* Alameda County Superior Court Case No. RG04141329, and breached that duty.

1   The basis for this motion is that there was potential coverage for the claims asserted in the underlying litigation and Cross-Complaints by Raybern and John Fults against defendants' insured, Young, and therefore defendants owed Young a duty to defend him in the underlying litigation and Cross-Complaints.

This motion is based upon this Notice and Motion, the accompanying Memorandum of Points and Authorities, Declaration of Paul W. Windust, and Declaration of Robert L. Young. The motion is further based on the Court's files and records in this action and on such other oral argument or documentary evidence as may be received by the Court at the hearing of the motion.

Plaintiff hereby certifies that he has met and conferred, by and through counsel with defendant prior to the filing of this motion as required by Rule.

Date: July __, 2008            **BERDING & WEIL LLP**

By:_____
Paul W. Windust
Attorneys for Plaintiff
ROBERT L. YOUNG

O:\WDOCS\0001\392\PLD\00476979.DOC